IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

This Document Relates To:

Cases from the law firm of
Cascino Vaughan Law Offices, Ltd.

U.S. DISTRICT COURT FOR THE EASTERN
DISTRICT OF WISCONSIN
Diane Mengert, indiv. and as special administrator
for estate of Harold Alfter v. AC and S, Inc., et al.,
Case No. 00C 1631

Civil Action No. MDL 875

09-60501

FILED
1 3
MICHAEL E. KUNZ, Clerk

## ORDER

This cause coming to be heard on the Plaintiff's motion for voluntary dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, due notice having been given, the Court being fully advised, hereby orders:

Plaintiff is granted her motion for voluntary dismissal against all remaining non bankrupt Defendants, each party to bear their own costs.

Date: 1/26/09

_____
Honorable Judge Robreno

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)<br><br>This Document Relates To:<br><br>Cases from the law firm of Cascino Vaughan Law Offices, Ltd.<br><br>U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN<br>Diane Mengert, indiv. and as special administrator for estate of Harold Alfter v. AC and S, Inc., et al., Case No. 00C 1631 | Civil Action No. MDL 875 |

## PLAINTIFF'S MOTION TO DISMISS

Now Comes the Plaintiff, by and through her attorney, Cascino Vaughan Law Offices, Ltd., and moves this Honorable Court for an order of voluntary dismissal of Plaintiff's causes of action against all remaining non bankrupt Defendants pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, each party to bear their own costs.

Dated: November 14, 2008

Respectfully submitted,

By: s/ Michael P. Cascino
One of Plaintiff's Attorneys

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
E-mail: mcascino@cvlo.com

CERTIFICATE OF SERVICE
FOR CASE NO. 00C 1631

I hereby certify that on November 14, 2008, I sent to the Clerk of the United States District Court for the Eastern District of Pennsylvania, and electronically filed the foregoing with the United States District Court for the Eastern District of Wisconsin using the CM/ECF system which will send notification of such filing to the following:

Christopher P Banaszak, cbanasza@reinhartlaw.com
Michael J Cieslewicz, mcieslewicz@kasdorf.com,mandaluz@kasdorf.com
William P Croke, bcroke@vonbriesen.com,mstrackb@vonbriesen.com
Stephen E Kravit
kravit@kravitlaw.com,reception@kravitlaw.com,dmh@kravitlaw.com,aam@kravitlaw.com
R Timothy Muth, tmuth@reinhartlaw.com,mhirschi@reinhartlaw.com

and I mailed by United States Postal Service copies to the following non-CM/ECF participants:

Michael W Drumke
Schiff Hardin & Waite LLP
Sears Tower
233 S Wacker Dr - Ste 6600
Chicago, IL 60606-6473

Maja Eaton
Sidley Austin LLP
1 S Dearborn St
Chicago, IL 60603

Mary C Flanner
Baxter O'Meara & Samuelsen
111 E Wisconsin Ave - Ste 1650
Milwaukee, WI 53202-4808

J Ric Gass
Kravit Gass Hovel & Leitner
825 N Jefferson St - Ste 500
Milwaukee, WI 53202-3721

William F Mahoney
Segal McCambridge Singer & Mahoney
Sears Tower - Suite 5500
233 South Wacker Drive
Chicago, IL 60606

Peter J McKenna
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036-6522

Timothy J Pike
Peterson Johnson & Murray SC
733 N Van Buren St - 6th Fl
Milwaukee, WI 53202-4700

Mark M Velguth
Foley & Lardner LLP
777 E Wisconsin Ave
Milwaukee, WI 53202-5300

                                                  s/ Michael P. Cascino

Michael P. Cascino
Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
(312) 944-0600